# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br>FRANCISCO SOMOHANO,<br><br>        Defendant. | Crim. Case No. 11cr5108WQH<br><br>**ORDER** |

HAYES, Judge:

The matters before the Court are the motions to terminate supervised release (ECF No. 50 and 53) filed by the Defendant.

On January 4, 2013, this Court sentenced the Defendant to be imprisoned for a term of 30 months and a term of 5 years supervised release for possession of images of minors engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(4).

Defendant moves the Court to terminate his term of supervised release on the grounds that he has completed his treatment and management program. United States Probation Office oppose early termination and recommends that Defendant complete his term of supervised release.

18 U.S.C. § 3583(e)(2) provides in relevant part that

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)--

> ...
> (2) extend a term of supervised release if less than the maximum authorized term was previously imposed, and may modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the terms and conditions of post-release supervision;

18 U.S.C. §3583(e)(2).

This serious offense warranted the imposition of the five year term of supervised release. The Court has considered Defendant's request and finds that there are no grounds upon which this Court would terminate Defendant's supervised release prior to completion.

IT IS HEREBY ORDERED that the motions to terminate supervised release (ECF No. 50 and 53) filed by the Defendant are DENIED.

DATED: July 20, 2018

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge